No. 222. DEFENSE SUPPLIES CORPORATION *v.* UNITED STATES. October 8, 1945. Reconstruction Finance Cor-

poration substituted as the party petitioner. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Horace T. Atkins* for petitioner. *Acting Solicitor General Judson* for the United States.